**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                          **CRIMINAL ACTION NO. 1:06CR49-P-D**

**WINTFORD DEAN HILL**

### ORDER

This cause is before the Court on the defendant's Motion for Continuance [51]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for October 2, 2006. Defendant seeks a continuance because he has recently engaged another attorney to assist in his defense. Accordingly, the new attorney requires additional time to review the available discovery, interview trial witnesses and complete trial preparations. The government does not oppose the requested continuance. Based on the foregoing, the Court finds that the motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from October 2, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant's co-counsel additional time to investigate and prepare a defense to the charges at issue. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [51] is GRANTED;

2. That the trial of this matter is continued until Monday, November 27, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 2, 2006 until November 27, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 6, 2006;

5. That the deadline for submitting a plea agreement is November 13, 2006.

SO ORDERED, this the 26th day of September, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE